# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 742
:
REAPPOINTMENT TO THE COMMITTEE : SUPREME COURT RULES DOCKET
ON RULES OF EVIDENCE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, John P. Krill, Jr., Esquire, Dauphin County, is hereby reappointed as a member of the Committee on Rules of Evidence for a term of three years, commencing October 1, 2017.